# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 13 | **DATE** | 4/15/2008 |
| **CASE TITLE** | USA vs. Linnea Massey | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 4/15/08 as to Linnea Massey (13). Defendant informed of her rights. Defendant appears in response to the arrest on 4/14/08. Keri A. Ambrosio's oral motion for appointment of counsel is granted. Government does not contest defendant to be release on certain conditions of release. Therefore, defendant having not been produced for a detention hearing shall be temporarily release on a unsigned OR Bond. U.S. Marshal's shall release defendant Linnea Massey from custody forthwith. Defendant is ordered to appear for bond hearing on 4/16/08 at 10:30 a.m. before Judge Valdez in Courtroom 1300. Arraignment held. Defendant waives formal reading of the indictment. Defendant enters plea of not guilty as charged in the indictment. Rule 16.1(a) conference to be completed by 4/22/08. Pretrial motions to be filed by 5/6/08. Response to be filed by 5/13/08. Status Hearing set before Judge Leinenweber on 5/13/08 at 9:00 a.m. Government's oral motion to exclude time is granted. Enter excludable time from 4/15/08 to 5/13/08 pursuant to 18:3161(h)(1)(F). (X-E)

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:01

| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|