**CJA 23**
Rev. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☑ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF USA v.s. Linnea Massey | FOR April 15, 2008 AT | |

**FILED** APR 15 2008
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

PERSON REPRESENTED (Show your full name): **LINNEA MASSEY**

- 1 ☐ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

DOCKET NUMBERS
Magistrate
District Court: **08 CR 122-13**
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony ☐ Misdemeanor
**21 USC § 841(a)(1), 846; 18 USC 2**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### EMPLOYMENT
- Are you now employed? ☑ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: **Trinity Services, Joliet IL**
- IF YES, how much do you earn per month? $ **1500.00**
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ **N/A**
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

### ASSETS

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $ ___ SOURCES ___

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, state total amount $ **600.00**

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE ___ DESCRIPTION ___

### DEPENDENTS
- MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: **4**
- List persons you actually support and your relationship to them: **yrs**

### OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Apartment (Sect. 8) | | $ | $ 466 |
| Utilities | | $ | $ 200+ |
| Credit cards | | $ (not certain) | but a few thous |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **4/15/8**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Linnea Massey*