# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 13 | **DATE** | 4/16/2008 |
| **CASE TITLE** | USA vs. Linnea Massey | | |

**DOCKET ENTRY TEXT**

Bond hearing held on 4/16/08 as to Linnea Massey (13). Enter Order Setting Conditions of Release.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:02

| | Courtroom Deputy Initials: | yp |
|---|---|---|