IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 122 |
| | ) | Hon. Harry D. Leinenweber |
| LINNEA MASSEY | ) | |

### DEFENDANT MASSEY'S MOTION TO ADOPT PRETRIAL MOTIONS OF CO-DEFENDANTS

DEFENDANT LINNEA MASSEY moves this Honorable Court for leave to adopt the pretrial motions filed by her co-defendants.

Respectfully submitted:

*/s/Keri Ann Ambrosio*
By: Keri Ambrosio,
Attorney for Defendant Massey
53 W. Jackson Street, Suite 1220
Chicago, Illinois 60604
(312) 788-1598