IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 122 |
| | ) | Hon. Harry D. Leinenweber |
| LINNEA MASSEY | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:   Ms. Terra Brown, Assistant United States Attorney, *via electronic mail*

Defense Counsel of Record, *via electronic mail*

PLEASE TAKE NOTICE that on Tuesday, May 06, 2008, using this district's electronic filing system, I filed:

- *Defendant Massey's Motion to Adopt Pretrial Motions of Co-defendants*

**PROOF OF SERVICE**

The undersigned attorney filed this certificate and attached motion on May 6, 2008, using the Illinois Electronic Filing System, and by the same vehicle, served one copy thereof upon all counsel of record. Counsel also hand-delivered a courtesy copy of the document to Chambers on May 6, 2008.

/s/   *Keri Ann Ambrosio*,
Attorney for Ms. Massey
53 W. Jackson Blvd., Ste. 1220
Chicago, Illinois 60604
(312) 788-1598