PS 42
(Rev. 2/05)

# United States District Court
## Northern District Of Illinois

United States of America )
)
vs. )
)
Linnea Massey )  Case No. 08 CR 122 013

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Linnea Massey_____, have discussed with _____Amanda A. Pope_____, Pretrial Services Officer, modifications of my release conditions as follows:

Undergo medical or psychiatric treatment as directed by the Pretrial Services Office

Assistant U.S. Attorney Terra Brown was contacted, advised and has no objection to this modification.

I consent to this modification of my release conditions and agree to abide by this modification.

_Linnea Massey_  5/23/08          _Amanda A. Pope_  5/23/08
Signature of Defendant    Date          Pretrial Services Officer    Date

Reviewed by:
Jennifer L. Bowers, Supervising U.S. Pretrial Services Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                5/30/8
Signature of Defense Counsel                         Date

☒ The above modification of conditions of release is ordered, to be effective on __6/9/08__.
☐ The above modification of conditions of release is *not* ordered.

_Amy J. St. Eve_                              6/9/08
Signature of Judicial Officer                         Date