IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 122 |
| vs. | ) | |
| | ) | Judge Amy J. St. Eve |
| | ) | |
| LINNEA MASSEY | ) | |

## AGREED ORDER

This cause having come before the Court, and the Court having been advised of all relevant matters, IT IS HEREBY ORDERED THAT:

Linnea Massey may travel outside of the Northern District of Illinois, to Canton, Mississippi, on June 20, 2008, through June 23, 2008. Ms. Massey must apprise Pretrial Services and her attorney with pertinent contact information.

Dated: June 17, 2008            ENTER: _____
                                              Hon. Amy St. Eve,
                                              U.S. District Court Judge